IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No. 6:02-1358-HMH |
| vs. | ) | |
| | ) | |
| Curtis A. Beasley, | ) | |
| | ) | **OPINION & ORDER** |
| Movant. | ) | |

    This matter is before the court on Curtis A. Beasley's ("Beasley") motion for reconsideration of the court's September 19, 2007, order denying Beasley's motion for a new trial. Beasley filed his motion for reconsideration on September 28, 2007,[1] and simultaneously filed a notice of appeal. At the time, there were no other pending motions before the court. Therefore, "[b]ecause the . . . court's judgment was final, when the notice of appeal was filed it divested the . . . court of its jurisdiction over the case and conferred jurisdiction upon [the United States Court of Appeals for the Fourth Circuit]." United States v. Christy, 3 F.3d 765, 767 (4th Cir. 1993). Based on the foregoing, Beasley's motion for reconsideration is denied.

---

[1] See Houston v. Lack, 487 U.S. 266 (1988).

1

Therefore, it is

**ORDERED** that Beasley's motion for reconsideration, document number 570, is denied.

**IT IS SO ORDERED**.

> s/Henry M. Herlong, Jr.
> United States District Judge

Greenville, South Carolina
October 9, 2007

## NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.